

**United States Department of Justice**
United States Attorney's Office
Western District of Texas - El Paso Division

*700 E. San Antonio Ave, Suite 200*  *Phone: (915) 534-6884*
*El Paso, Texas 79901*  *Facsimile: (915) 534-6024*

April 12, 2021

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

    **Re:    U.S. v. Adrian Beltran**
           **21-MJ-00887-LS**

Dear Sir or Madam:

    This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith. Please update your records to accurately reflect this information.

    Thank you for your attention to this matter.

                               Sincerely,

                               ASHLEY C. HOFF
                               UNITED STATES ATTORNEY

    By:       /s/
           Herbert L. Bunton III
           Assistant United States Attorney