U S C

~~FILED~~

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

APR 1 2 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Adrian Beltran | ) |
| | ) Case No. EP-21-mj-0887 LS |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     April 8, 2021     in the county of     El Paso     in the

Western    District of    Texas    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2422 (b) | Whoever, using the mail or any facility or means of interstate commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so |

This criminal complaint is based on these facts:

The facts are more fully described in the attached affidavit, herein incorporated by reference as Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Adrian M. Calvillo, HSI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:     04/12/2021

*Judge's signature*

City and state:     El Paso, Texas         Leon Schydlower, U.S. Magistrate Judge

*Printed name and title*

Oath Telephonically Sworn
At 12:50 PM
Fed.R.Crim.P. 4.1(b)(2)(A)

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent ("SA") Adrian M. Calvillo, hereinafter "Affiant," being first duly sworn, hereby depose and state as follows:

1. Affiant is an SA with the Department of Homeland Security Investigations ("HSI") and has been since December 2018. Affiant is currently assigned to the HSI, Cyber, Forensics and Exploitation Group in El Paso, Texas. Affiant knows it is a violation of federal law for a person to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, as it is in violation of Title 18, United States Code, Section 2422(b).

2. The facts in this affidavit come from Affiant's personal observations, training and experience. This affidavit is intended to show merely that there is sufficient probable cause and does not set forth all of the Affiant's knowledge about this matter.

3. On March 25, 2021, a user identified as "Adrian", contacted an undercover law enforcement agent (UC1), who was operating in an undercover capacity on an online dating application called "Skout." UC1 utilized a "Skout" profile with the name "Melly." "Skout" allows users to send messages, images, videos, and other content over the internet. The internet is a facility of interstate commerce. UC1 utilized a profile with a narrative of "Looking for new things and meeting new ppl!." "Skout" has a minimum age requirement of eighteen years of age. As a result, UC1's profile indicated that she was eighteen years old, but she later informed "Adrian" that she was in fact under eighteen years of age. "Adrian's" profile indicated the user was a male subject in El Paso, Texas and was 40 years of age. "Adrian's" profile contained a profile picture of a male subject.

4. On March 25, 2021, UC1 received a message from "Adrian," who initiated a conversation regarding UC1's intentions. UC1 notified "Adrian" she likes to meet new people but people do not like to meet her because she is young. "Adrian" responded "How young are u if u don't mine me asking." UC1 messaged, "Lol I dont wanna say on here. If u rlly wanna kno, u can text me. 915-XXX-XXXX3."

5. On March 25, 2021, UC1 received a text message from (915) 236-1657 stating "Hi Melly, its me from meetme". "MeetMe" is another online dating application that is related to "Skout." "Skout" profiles can have links to an individual's "MeetMe" profile. The following is a summary of the initial conversation. UC1 responded to the text message by asking "Adrian?" The subject confirmed "Yes," and UCI responded by informing "Adrian" that she was 15. "Adrian" also asked the UC1 whether she had ever met anyone in person who she spoke with online and she indicated that she had not by stating, "No. Most ppl get scared cuz of my age. Big Babies lol."

6. That same day, on March 25, 2021, "Adrian" asked about UC1's sexual experience and she stated that she had a boyfriend but it never progressed from "messing around." "Adrian" responded by saying, "That's cool, u want to learn right?" UC1 proceeded to inform "Adrian" that she went to Burges High School. "Adrian" also asked UC1, "Let's say I want to see u how can we make this happen." UC1 responded, "Lol. U could come see me when my parents leave. What would we do?" Adrian responded, "For example like the way u fooled around with your ex boyfriend but more."

7. Later that day, on March 25, a recorded phone call was placed between an undercover law enforcement officer (UC2) and "Adrian". The incoming phone number from "Adrian" was listed as (915) 236-1657, the following is a summary of the conversation and does reflect the entirety of the call. UC2 said she was chilling at home and that her mother went to work. Subject said he was doing "nothing right now".

> Adrian: "So you've never been with a guy like that?"
>
> UC2: "No. Not like that. Not how we were texting. I'm actually kind of nervous" "I don't tell many people that"
>
> Adrian: "Because of your age?"
>
> UC2: "Yeah, the experience. It's-- I mean scary. I've heard it hurts. And then well my mom is crazy, so she makes it seem like a bad thing."
>
> (Adrian said something that the UC did not understand. UC asked him to repeat.)
>
> Adrian: "We can always take it slow."
>
> UC2: "We'll take it slow? Like how do you mean? Like how slow?"
>
> Adrian: "Yeah like, I mean like, when we make love."
>
> UC2: "Ok. Well so like what do you mean by like making love? Cuz I don't know. My parents are divorced. So like I don't know what love means."
>
> Adrian: "You know. Like sex."
>
> UC2: "Like sex? Ok. But like--"
>
> Adrian: "Yes"
>
> UC2: "Ok. You won't hurt me?"
>
> Adrian: "No"
>
> UC2: "Yeah? Ok. Um. So, I'm not on birth control either cuz I don't know where to find that. Um. Can you? I don't know? Uh. Obviously I'm not trying to get pregnant either."

Adrian: "Ok. It's up to you if you want me to you know-- cum inside you—or pull out."

8. From March 25, 2021 through April 4, 2021, "Adrian" and "UC1" continued to communicate sporadically about daily activities and possibly meeting in person.

9. On April 3, 2021. "Adrian" asked UC1 if she would be available to meet when her mother was not there. UC1 responded the next day, April 4, 2021, and asked "Adrian" what they would do. "Adrian" asked UC1 what she would like to do if they met up. UC1 stated that she was inexperienced and not creative. "Adrian" proceeded to ask UC1 if she had ever watched "adult videos" and asked UC1 if she would like to do what was shown on those videos. The following is a summary of the conversation that took place over text messaging and does not reflect the entirety of the conversation:

> Adrian: "Do u remember when we spoke over the phone. I want us to do that" (referring to the March 25, 2021 conversation)
>
> UC1: "lol. I think u said u wanted to make love. But I kno that could mean a lot of diff things."
>
> "Adrian" continued to describe how he wanted UC1 to feel satisfied and how that could be done through "making love" and "making your cookie happy" ("cookie" was a nickname utilized for UC1's vaginal area).
>
> UC1: "Lol wow. I wonder how that feels. U would do that when we meet? Would u bring condoms? Cuz I cant get pregnant before im 16 lol".
>
> Adrian: "Yes I would do that. Have u ever cummed before?""Being your first time I personally think the first time would feel better without condoms so u can feel how I enter u".
>
> UC1 asked "Adrian" to bring them anyway, he agreed that he would bring them.

10. A meeting was agreed upon for April 6, 2021 at 12:00 PM. UC1 told "Adrian" that she lived near the airport off Airway Boulevard. UC1 informed "Adrian" that her mother would be working and she would be home alone. "Adrian" did not contact UC1 for the meeting. On April 6, 2021, "Adrian" reinitated contact with UC1 and apologized for not showing up to the meet. UC1 asked if they could reschedule their meeting for Thursday April 8, 2021 at 12:00 PM and "Adrian" replied "Ok that sounds like a date then". "Adrian" stated that he would be wearing blue shorts and a polo shirt to their meeting on April 8, 2021.

11. On April 7, 2021, "Adrian" texted UC1 and asked what time they were going to meet on April 8th. "Adrian" continued to text UC1 asking what UC1 was wearing for

undergarments and if UC1 was "wet" or "horny". "Adrian" asked UC1 to imagine him, pulling down UC1's "panties" and "licking" UC1's "wet cookie". "Adrian" wanted to "guide" UC1 through the experience when she was alone. UC1 stated she was doing chores and said "Adrian" was lucky he was not 15 years old. "Adrian" continued to ask UC1 questions related to solidifying the plan to meet the following day.

On April 8, 2021, "Adrian" texted UC1 and said "I would love to taste u from the front and the back" "Taste your cookie and your other love hole". At approximately 12:20 PM "Adrian" called "UC2" using phone number (915) 236-1657. The call was recorded. During the call, "Adrian" stated he was on his way and asked, "And you said, just to be sure, you are saying that you are 15 right?" UC2 responded, "Yeah. And you are cool with that?" "Adrian" asked to confirm whether she was "not younger than that even." UC2 responded that she was not and asked whether "Adrian" "would still be ok with that." "Adrian" responded, "If you are ok with it, then I am ok."

12. UC1 provided "Adrian" with the address of her residence which was an apartment complex in El Paso, Texas, located within the Western District of Texas. At approximately 12:37 PM, "Adrian" texted UC1 and asked what apartment number she lived in. "Adrian" stated that he had arrived. "Adrian" was observed by surveillance units driving a silver Chrysler sedan bearing Texas License Plate HLP2238. The vehicle was found to be registered to an Adrian BELTRAN. "Adrian" exited the vehicle and began to walk towards the specified apartment complex. "Adrian" was observed wearing blue basketball shorts and a gray polo as he previously stated he would to UC1. "Adrian" was taken into custody without incident and a search incident to arrest was conducted. "Adrian" was further identified as Adrian BELTRAN from a driver's license located in his wallet. Adrian BELTRAN (hereafter referred to as BELTRAN) had a cellular device in his possession and condoms on his person.

13. On April 8, 2021, the Affiant conducted an interview with BELTRAN. BELTRAN provided a post-Miranda statement. As a non-verbatim summary, BELTRAN stated he came to the apartments to meet with a 15-year-old female he had conversed with on "MeetMe." BELTRAN said he wanted to meet the female to "chat" and that just "hang out". BELTRAN was advised it was a violation of federal law to provide a false statement to a federal agent. BELTRAN then stated that he wanted to be completely honest and stated he had lied to the Affiant. BELTRAN said he had some sexually explicit conversations with UC1, whom he believed to be a minor. When confronted with his previous statement of intent, BELTRAN said that he believed he would possibly have sexual contact with UC1 if she consented.

14. On April 8, 2021, during a post-Miranda statement, BELTRAN provided consent to search his cellular device. BELTRAN provided Affiant the password to his cellular device which was found in his custody, incident to arrest. Affiant sent a test text message to the cellular device found in BELTRAN's custody. The cellular device found in

BELTRAN's custody received Affiant's test text message. Agents also saw UC1's communications with "Adrian" on BELTRAN's phone.

15. Based upon the above information, Affiant respectfully submits that there is probable cause to believe Adrian BELTRAN, committed the offense of knowingly persuading, inducing, enticing, or coercing any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, as it is in violation of Title 18, United States Code, Section 2422(b).


Adrian M. Calvillo
Special Agent


Subscribed and sworn before me this 12th day of April 2021.


Leon Schydlower
United States Magistrate Judge